IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LESTER S. GRIFFITH,

    Plaintiff,

vs.

ENTERPRISE HOLDINGS, INC., et al.,

    Defendants.

Case No. 13-cv-0007-SMY-PMF

**MEMORANDUM AND ORDER**

    This matter comes before the Court on Defendant's Motion for Costs (Doc. 61) in which Defendant asks this Court to impose costs upon Plaintiff for Defendant's attendance at the status and scheduling conferences held before this Court in April and September, 2014. Plaintiff responded (Doc. 69) through newly-appointed counsel and provided explanation for his failure to appear before the Court as scheduled.

    Federal Rule of Civil Procedure 37(b)(2)(C) directs a District Court to order payment of reasonable expenses caused by a party's failure to comply with the Court's orders, "unless the failure was substantially justified or other circumstances make an award of expenses unjust."

    Here, Plaintiff complied with this Court's orders until his attorney, Brent C. Miller, moved to withdraw on June 25, 2014. On granting the Motion to Withdraw, the Court allowed Plaintiff until September 1, 2014 to file a supplementary appearance with an address for new counsel and ordered Brent C. Miller to notify Plaintiff of the Order (Doc. 55) within seven (7) days. Plaintiff did not appear or respond to subsequent orders until he retained new counsel on October 17, 2014. In responding to the Court's Order to Show Cause (Doc. 60) and Defendant's

Motion for Costs (Doc. 61), Plaintiff explained that he was unaware of the Court's orders after his former attorney withdrew.

Plaintiff's circumstances satisfy the exception in Federal Rule of Civil Procedure 37(b)(2)(C).  An award of expenses in this case would be unjust.  Defendant's Motion for Costs (Doc. 61) is therefore **DENIED**.

**IT IS SO ORDERED.**

**DATED: October 23, 2014**

s/ Staci M. Yandle
**STACI M. YANDLE**
**DISTRICT JUDGE**
